–1–

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| **IN RE** : | |
| : | |
| **MARGARET VALENTIN** : | **CHAPTER 7** |
| Debtor : | **CASE NO.23-20419(JJT)** |
| : | |
| **COMMISSION ON HUMAN RIGHTS** : | **ADV. PRO. NO. 23-2014** |
| **AND OPPORTUNITIES ET AL** : | |
| **Plaintiffs** : | |
| : | |
| **V.** : | |
| : | |
| **MARGARET VALENTIN** : | **OCTOBER 11, 2023** |
| **Defendant** : | |

**DEBTOR/DEFENDANT'S ANSWER TO COMPLAINT TO DETERMINE THE NON-DISCHARGEABILITY OF A DEBT FILED BY THE COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES, THE CONNECTICUT FAIR HOUSING CENTER AND JULISSA CORTES**

    Debtor/Defendant, Margaret Valentin, by and through her undersigned counsel, hereby answers the Complaint of Plaintiffs in Adversary Proceeding No. 23-2014 as follows:

    1.   Paragraph 1 of the Complaint is admitted as to the Adversary Proceeding being one to determine the non-dischargeability of a debt, but denies that the proceeding is to object to the Debtor's Discharge.

    2.   Paragraph 2 of the Complaint is admitted.

    3.   Paragraph 3 of the Complaint is admitted.

    4.   Paragraph 4 of the Complaint is admitted.

    5.   Paragraph 5 of the Complaint is admitted.

    6.   Paragraph 6 of the Complaint is admitted.

    7.   Paragraph 7 of the Complaint is denied.

    8.   Paragraph 8 of the Complaint is admitted.

–2–

9. Paragraph 9 of the Complaint is admitted.

10. Paragraph 10 of the Complaint is admitted.

11. Paragraph 11 of the Complaint is admitted in that the Superior Court entered a Memorandum of Decision, but denies that a full trial was held on the merits.

12. Paragraph 12 of the Complaint paraphrasing certain parts of the Superior Court's Memorandum of Decision is admitted, but denies that the Debtor willfully caused injury to Cortes by intentionally refusing to rent to her.

13. Paragraph 13 of the Complaint is disputed as to the Plaintiffs' interpretation of the Superior Court's findings and leaves the Plaintiffs to their proof.

14. Paragraph 14 of the Complaint is admitted in that the attorneys for Ms. Cortes may have submitted fee applications to the Superior Court in the amounts stated therein, but denies that the fees being sought are reasonable or non-dischargeable.

15. Paragraph 15 of the Complaint is admitted.

16. Paragraph 16 of the Complaint is admitted.

17. Paragraph 1 of the Complaint is admitted.

**FIRST COUNT: Non-Dischargeability of Cortes Debt Under 11 U.S.C. §523(a)(6)**

18. The answers to Paragraphs 1 through 17 of the Complaint are hereby adopted as the answers to paragraph 1-17 of the First Count.

19. Paragraph 19 of the Complaint is admitted as to the $7,500.00 associated with the Judgment, but Defendant denies any debts associated with attorney fees.

20. Paragraph 20 of the Complaint is admitted.

21. Paragraph 21 of the Complaint is denied.

**SECOND COUNT:   Non-Dischargeability of CHRO's Debt under
11 U.S.C. §523(a)(7)**

22. The answers to Paragraphs 1 through 17 of the Complaint are hereby adopted as the answers to paragraph 1-17 of the Second Count.

23. The Debtor/Defendant believes that paragraph 23 of the Complaint is a legal conclusion best left to the Bankruptcy Court and leaves the Plaintiffs to their proof on this allegation.

24. Paragraph 24 of the Complaint is denied.

          MARGARET VALENTIN
          Defendant

          */s/ Anthony S.Novak*
          Anthony S. Novak
          Federal Bar #ct09074
          Novak Law Office, P.C.
          280 Adams Street
          Manchester, CT 06042
          860-432-7710
          Anthonysnovak@aol.com
          Her counsel

## CERTIFICATION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 11th day of October, 2023, the foregoing was served on the U.S. Trustee, Bonnie Mangan, Chapter 7 Trustee and all appearing parties via the Court's electronic filing system or by first class mail on the parties listed below:

| | |
|---|---|
| Pamela Heller, Esq. | Margaret Nurse-Goodison, Esq. |
| Connecticut Fair Housing Center | Commission on Human Rights |
| 60 Popieluszko Court | and Opportunities |
| Hartford CT 06106 | 450 Columbus Blvd, Suite 2 |
| | Hartford, CT 06103 |

          /s/*Anthony S. Novak*
          Anthony S. Novak